IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIZABETH MORT** and **ALEX RODRIGUEZ**, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 2:10cv1438 **Electronic Filing** |
| **LAWRENCE COUNTY CHILDREN AND YOUTH SERVICES**; **LAWRENCE COUNTY**; **CHRISSY MONTAGUE**, Lawrence County Children and Youth Services Caseworker; and **JAMESON HEALTH SYSTEM**, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 31st day of August, 2011, upon due consideration of defendants' motion to stay, IT IS ORDERED that [40] the motion be, and the same hereby is, denied.

                                                s/David Stewart Cercone
                                                David Stewart Cercone
                                                United States District Judge

cc:    Antoinette C. Oliver, Esquire
        Patricia L. Dodge, Esquire
        Quinn A. Johnson, Esquire
        Sara Rose, Esquire
        Marie Milie Jones, Esquire
        Jeffrey Cohen, Esquire
        John C. Conti, Esquire
        Richard J. Kabbert, Esquire

        Via: CM/ECF Electronic Filing