IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH MORT and ALEX RODRIGUEZ, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  Civil Action No. 2:10-cv-01438-DSC ) |
| LAWRENCE COUNTY CHILDREN AND YOUTH SERVICES; LAWRENCE COUNTY; JANE GAJDA, Lawrence County Children and Youth Services Director; SANDY COPPER, Lawrence County Children and Youth Services Supervisor; CHRISSY MONTAGUE, Lawrence County Children and Youth Services Caseworker; and JAMESON HEALTH SYSTEM, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

AND NOW, come all parties, by and through their respective counsel, and consistent with a Settlement Agreement entered into by the parties, hereby enter into a STIPULATION OF DISMISSAL of all claims of PLAINTIFFS MORT AND RODRIGUEZ, against all DEFENDANTS, in the above-captioned matter, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

MEYER, UNKOVIC & SCOTT LLP

By: */s/ Patricia L. Dodge*
Patricia L. Dodge
PA ID No. 35393
Antoinette Oliver
PA ID No. 206148
535 Smithfield Street

{W0040686.1}

-2-

                                                                     Suite 1300
                                                                     Pittsburgh, PA  15222-2315
(412) 456-2800
pld@muslaw.com
aco@muslaw.com

By: */s/ Sara J. Rose*
     Sara J. Rose
     PA ID No. 204936
     Witold J. Walczak
     PA ID No. 62976
     AMERICAN CIVIL LIBERTIES
     FOUNDATION OF PENNSYLVANIA
     313 Atwood Street
     Pittsburgh, PA 15213
     (412) 681-7864
     srose@aclupa.org
     vwalczak@aclupa.org
     Counsel for Plaintiffs

By: */s/ Richard J. Kabbert*         By: *s/Marie Milie Jones*
     Richard J. Kabbert                 Marie Milie Jones
     PA I.D. No. 85521                   PA I.D. No. 49711
     Dickie, McCamey & Chilcote, PC   Jeffrey Cohen
     Two PPG Place, Suite 400          PA I.D. No. 76512
     Pittsburgh, PA  15222             JonesPassodelis, PLLC
     (412) 281-7272                       Gulf Tower, Suite 3510
     rkabbert@dmclaw.com            707 Grant Street
     Counsel for Defendant,             Pittsburgh, PA  15219
     Jameson Health System, Inc.       (412) 315-7272
                                             mjones@jonespassodelis.com
                                             jcohen@jonespassodelis.com
                                             Counsel for Defendants, Lawrence County Children and Youth Services, Lawrence County, Chrissy Montague, Jane Gajda and Sandy Copper